UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:22-CV-00186-FDW

| | |
|---|---|
| CHARITY MARIE STOAKS ) | |
| ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ) | |

THIS MATTER is before the Court on the "Motion For Admission Pro Hac Vice and Affidavit," (Doc. No. 2), filed by Plaintiff through local counsel Charles F. Hall, IV. In the motion, David F. Chermol seeks to appear as counsel pro hac vice for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, including the identification of local counsel, the Court will grant the motion. Also before the Court is Defendant's Motion for Extension of Time, (Doc. No. 4), which the Court also grants.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, the "Motion For Admission Pro Hac Vice and Affidavit," (Doc. No. 2), is GRANTED, and the Motion for Extension of Time to Answer Plaintiff's Complaint, (Doc. No. 4), is GRANTED. It is hereby ORDERED that the time in which Defendant may file her Answer to Plaintiff's Complaint is enlarged to March 16, 2023.

IT IS SO ORDERED.

Signed: February 15, 2023

Frank D. Whitney
United States District Judge